LINKS: 1, 19

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-9687 GAF (CWx) | Date | February 27, 2012 |
|---|---|---|---|
| Title | Gerardo Vargas v. AmTrust NP SFR Venture LLC et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**           **(In Chambers)**

### ORDER DISMISSING CASE

On November 21, 2011, Plaintiff Gerardo Vargas brought this suit asserting various state-law claims in connection with foreclosure proceedings instituted against his property, and alleging this Court's diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). (See Docket No. 1 [Compl.].) On January 31, 2012, this Court ordered Plaintiff to show cause why the case should not be dismissed for lack of subject matter jurisdiction, and explained why Plaintiff's allegations of diversity jurisdiction were deficient. (See Docket No. 17 [1/31/12 Order].) Plaintiff timely responded, but failed to adequately address the Court's concerns. (Docket No. 18.) The Court issued a second order to show cause on February 14, 2012, giving Plaintiff until February 21 to file a response addressing the deficiencies identified. (Docket No. 19 [2/14/12 Order].) The order specifically advised Plaintiff that failure to respond by that deadline would be deemed consent to dismissal of the action. (Id. at 2.)

To date, Plaintiff has not filed a response to the Court's 2/14/12 Order. The Court therefore **DISMISSES** Plaintiff's suit for the reasons set forth in that Order.

**IT IS SO ORDERED.**